Form B6 SUM  (12/07)      **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY  COURT  Eastern      DISTRICT OF  Texas

In re: Optovision Technologies, Inc.      Debtor(s)   Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 6 | 109100.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 19560.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 1 | | 2,942,952.51 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I  - Current Income of Individual Debtor(s) | | | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | | | | | 0.00 |
| Total Number of Sheets of All Schedules | | 13 | | | |
| Total Assets | | | 109100.00 | | |
| Total Liabilities | | | | 2962512.64 | |

Form B6, S2, (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court

Eastern **District Of** Texas

In re: Optovision Technologies, Inc.

Debtor(s)     Case No.

Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $          NA |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $          NA |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $          NA |
| Student Loan Obligations (from Schedule F) | $          NA |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $          NA |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $          NA |
| TOTAL | $          NA |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $          NA |
| Average Expences (from Schedule J, Line 18) | $          NA |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $          NA |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $          NA |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $          NA | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          NA |
| 4. Total from Schedule F | | $          NA |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $          NA |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

 **Form B6 A  (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Optovision Technologies, Inc.                    Debtor(s) Case No.                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ->

(Report also on Summary of Schedules)

**Form B6 B  (12/07)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Optovision Technologies, Inc.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  Cash on hand | x | | | |
| 02  Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | x | | | |
| 03  Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04  Household goods and furnishings including audio video and computer equipment. | x | | | |
| 05  Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06  Wearing apparel. | x | | | |
| 07  Furs and jewelry. | x | | | |
| 08  Firearms and sports photographic and other hobby equipment. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   |   0.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**    **Blumberg**Excelsior, Inc .. Publisher, NYC 10013

In re:  Optovision Technologies, Inc.                    Debtor(s)     Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10  Annuities. Itemize and name each issuer. | x | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12  Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13  Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14  Interest in partnerships or joint ventures. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

0.00

**Form B6 B  (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Optovision Technologies, Inc.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16  Accounts receivable. | x | | | |
| 17  Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

0.00

Form B6 B  (12/07)                         **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Optovision Technologies, Inc.                    Debtor(s)      Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21  Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22  Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23  Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24  Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25  Automobiles trucks trailers and other vehicles and accessories. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->

_____ Continuation sheets attached

0.00

**Form B6 B  (12/07)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Optovision Technologies, Inc.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | | | | |
| | | 10 Wood and metal desks 10510 Olympic Drive Dallas, TX. 75220 | | 2,500.00 |
| | | 10 Metal storage shelves 10510 Olympic Drive Dallas, TX. 75220 | | 2,000.00 |
| | | Freezer 10510 Olympic Drive Dallas, TX. 75220 | | 100.00 |
| 29 Machinery fixtures equipment and supplies used in business. | | | | |
| | | Budzar 15 Ton Water Chiller 10510 Olympic Drive Dallas, TX. 75220 | | 10,000.00 |
| | | Satis T40 Multi Tank Ultrasonic 10510 Olympic Drive Dallas, TX. 75220 | | 45,000.00 |
| | | Grainger 15 HP Air Compressor 10510 Olympic Drive Dallas, TX. 75220 | | 2,000.00 |
| | | Two 25 HP Air Compressors 10510 Olympic Drive Dallas, TX. 75220 | | 15,000.00 |
| | | Satis 5 Ton Water Chiller 10510 Olympic Drive Dallas, TX. 75220 | | 3,500.00 |
| | | Two Laminair Flow Booths 10510 Olympic Drive Dallas, TX. 75220 | | 4,000.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

84,100.00

**Form B6 B  (12/07)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Optovision Technologies, Inc.                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Master Chiller 20 Ton Water Chiller 10510 Olymic Drive Dallas, TX. 75220 | | 10,000.00 |
| | | Ten Delta to Y Transformers 10510 Olympic Drive Dallas, TX. 75220 | | 7,500.00 |
| | | 10hp Air Compressor 10510 Olympic Drive Dallas, TX. 75220 | | 2,500.00 |
| | | Satis 35KVA Transformer 10510 Olympic Drive Dallas, TX. 75220 | | 5,000.00 |
| 30  Inventory. | x | | | |
| 31  Animals. | x | | | |
| 32  Crops-growing or harvested. Give particulars. | x | | | |
| 33  Farming equipment and implements. | x | | | |
| 34  Farm supplies chemicals and feed. | x | | | |
| 35  Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

109,100.00

**Form B6 C (04/10)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Optovision Technologies, Inc.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**

☐ Check if debtor claims a homestead exemption that exceeds $146,450

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |



Form B6 D  (12/07)            **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Optovision Technologies, Inc.                          Debtor(s)  Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

[x]  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | | | |
| | | | Total -> | | | |

Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6 E  (04/10)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Optovision Technologies, Inc.        Debtor(s)   Case No.           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C# 461-9838-8 | | | | 9,914.48 | 9,914.48 | |
| Employment Dev. Dept. State of California P.O. Box 989061 West Sacramento, CA. 95798-9061 | | | Employment taxes 2002-2007. | | 0.00 | |
| A/C# 50-044330-8 | | | | Total -> 9,645.65 | 9,645.65 | |
| Texas Workforce Commission Labor Law Collections Unit 101 E. 15th Street, Rm. 556 Austin, TX. 78778-0001 | | | Unpaid wages and adminstrative penalties pursuant to notice of administrative lien | | Total -> 0.00 | |
| | | | | | | |

Continuation Sheets attached.

| | Subtotal -> (Total of this page) | 19,560.13 | 19,560.13 |
|---|---|---|---|
| | | | 0.00 |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.)   Total -> | 19,560.13 | 19,560.13 |

(Use only on last page of the completed Schedule E.)        Total ->    0.00
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

 **Form B6 F (12/07)**        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**In re:** Optovision Technologies, Inc.            **Debtor(s)**        **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| American Express c/o Gilbert Weisman Becket & Lee, LLP P.O. Box 3001 Malvern, PA. 19355-0701 | | | Judgment rendered approx. 10 years ago | | 200,000.00 |
| Dallas County, et al c/o Traynard Jackson Linebarger, Goggan, et al 2323 Bryan Street, Ste. 1 Dallas, TX. 75201 | | | Judgment rendered April 25, 2011. | | 1,431,995.14 |
| First Interstate Bank-Ind 8520 Allison Pointe Trail Suite 210 Indianapolis, IN. 46250 | | | Judgement rendered 05/28/2003 | | 944,125.37 |
| GE Automation Services, I P.O. Box 2216 Schenectady, NY. 12301 | | | Judgment rendered 10/28/2004 | | 146,150.00 |
| Jones and Mauldin Real Es Partership, Ltd. 5920 Forest Park Rd. Suite 600 Dallas, TX. 75235-6416 | | | 2002 - accrued amounts owed on lease for commercial building | C U D | 394,250.00 |
| Umicore Thin Film Product c/o Caprice Garcia Goldberg & Alexander 5924 Royal Lane, Ste. 250 Dallas, TX. 75230 | | | Judgment rendered 10-31-2005 | | 26,432.00 |

_____ continuation sheets attached.

| | Subtotal | $ | 3,142,952.51 |
|---|---|---|---|
| (Use only on last page of the completed Schedule F.) | Total | $ | 3,142,952.51 |

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 G (12/07)**            **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Optovision Technologies, Inc.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6 H  (12/07)**                     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:    Optovision Technologies, Inc.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

[X]  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

 **Form B6 Cont. (12-07)**    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re:  Optovision Technologies, Inc.
                                         Debtor(s)  Case No.                    (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___14_____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 2.)

Date_____        Signature _Optovision Technologies, Inc._____
                                                     Optovision Technologies, Inc Debtor

Date_____        Signature_____
                                                                                 (Joint Debtor, if any)

*(If joint case, both spouses must sign.)*

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
### PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by
                                                                            11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the*
*officer, principal, responsible person, or partner who signs this document.*
Address:

X_____        _____
  Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in**
**fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  President                              [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the                              [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
14              sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 03/30/2012                        Signature /s/ Peter Zuccarelli - Presid_____
                                                     Peter Zuccarelli
                                                     (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

B6 Cover (Form 6 Cover) (12/07)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I  -  Current Income of Individual Debtor(s)
Schedule J -  Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of
any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once.  Even
when a claim is secured only in part or entitled to priority only in part, it still should be listed
only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not
list the same claim twice.  If a creditor has more than one claim, such as claims arising from
seperate transactions, each claim should be scheduled seperately.

Review the specific instructions for each schedule before completing the schedule.

 Form 7 Stmt of Financial Affairs (04/10)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Texas

In re: Optovision Technologies,

Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

NONE
| |  |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCES

0.00                    2012 YTD - 0.00
                        2011 - 0.00
                        2010 - 0.00

NONE
|X|

## 02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case.  Give particulars.  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5850.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

## 04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

NONE

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dallas County, et al v. Optovision Technologies, Inc., et al. Case No. TX-09-31834 | Tax Collection Suit | 191st District Court, Dallas County, TX. | Judgment rendered 4/25/2011. |
| Umicore Thin Film Products USA v. Optovision Technologies, Inc.; Case No. CC-05-09116-a | Suit on Account | County Court at Law No. 1, Dallas County, TX. | Judgment rendered 10/31/2005. |
| First Interstate Bank - Indiana v. Optovision Technologies, Inc. Case No. 1:03-CV-0427-JDT-TAB | Collection Suit | United States District Court - Southern District of Indiana, Indianapolis Division | Judgment rendered 5/28/2003 |
| GE Automation Services, Inc. v. Optovision Technologies, Inc., et al. Case No. 04-06415 | Collection Suit | 134th District Court, Dallas County | Judgment rendered 10/28/2004. |
| Jones and Mauldin Real Estate Partnership, Ltd. v. Peter Zuccarelli, et al. Case No. DC-12-03140 | Commecial Lease Enforcement | 160th District Court Dallas County | Pending |

## 04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

NONE X

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)



**05 REPOSSESSIONS FORECLOSURES AND RETURNS**

NONE
X

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

## 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Meyer & Colegrove, PLLC 5700 Granite Parkway, Suite 470 Plano, TX. 75024 | March 2012 Peter Zuccarelli | $2500.00 |

## 10A OTHER TRANSFERS

NONE
|X|

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

## 10B OTHER TRANSFERS

NONE
|X|

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11 CLOSED FINANCIAL ACCOUNTS

NONE
|X|

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)



## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)



## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.

## 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.



## 17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:



## 17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.



## 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE

## 18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.



## 18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



## 19A BOOKS RECORDS AND FINANCIAL STATEMENTS

List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

## 19B BOOKS RECORDS AND FINANCIAL STATEMENTS

b.List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

## 19C BOOKS RECORDS AND FINANCIAL STATEMENTS

c.List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Peter Zuccarelli                        2605 Anders Lane
                                        Plano, TX. 75093

## 19D BOOKS RECORDS AND FINANCIAL STATEMENTS

List all financial institutions creditors and other parties including mercantile and trade agencies to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.



NONE
| X |   **20A INVENTORIES**

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE
| X |   **20B INVENTORIES**

List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NONE
| X |   **21A CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS**

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE
|    |   **21B CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS**

If the debtor is a corporation, list all officers and directors of the corporation and, each stockholder, who directly or indirectly owns controls or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Peter Zuccarelli<br>2605 Anders Lane<br>Plano, TX. 75093 | President | 50% Owner |
| Vincent Mioli<br>3256 Greenglow Dr. #3404<br>Carrollton, TX. 75007 | Treasurer | 50% Owner |



NONE
X

**22A FORMER PARTNERS OFFICERS/DIRECTORS AND SHAREHOLDERS**

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case..



**22B FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS**

If the debtor is a corporation list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NONE
X

**23 WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NONE
X

**24 TAX CONSOLIDATION GROUP**

If the debtor is a corporation list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NONE
X

**25 PENSION FUNDS**

If the debtor is not an individual list the name and federal taxpayer identification number of any pension fund to which the debtor as an employer has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Unsworn Declaration SFA   (04/10)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Optovision Technologies

Debtor(s)  Case No.                    (if known)

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____               Signature Optovision Technologies, Inc. _____
                                              Optovision Technologies, Inc.

Date _____               Signature _____

                                   (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security Number
                                                            (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                 Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached _____

Date 03/30/2012               Signature /s/ Peter Zuccarelli – President _____
                                        Peter Zuccarelli
                                        President

                                   (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.